UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Patrick and Roberta Neumann            Case No: 08-41895
                                                                                                    Chapter 7
           Debtors.                                   Honorable Walter Shapero
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $ 5,049.15 represents the unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347 (a). The name and address of the Party entitled to the unclaimed dividend is as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| IRS<br>P.O. Box 1233<br>Charlotte, NC 28201 | 3 | $5,049.15 |

Dated: May 26, 2010                                       /s/ Charles J. Taunt_____.
                                                                                         Charles J. Taunt, Trustee (P24589)
                                                                                         700 East Maple, 2nd Floor
                                                                                         Birmingham, MI 48009-6359
                                                                                         (248) 644-7800
                                                                                         Teetaunt@tauntlaw.com
                                                                                         P24589